637 So.2d 384 (1994)
STATE of Florida, Appellant,
v.
Paul BARRON, Appellee.
No. 93-1775.
District Court of Appeal of Florida, Fifth District.
June 10, 1994.
Robert A. Butterworth, Atty. Gen., Tallahassee, Michael J. Neimand, Asst. Atty. Gen., Miami, and Parker D. Thomson and Carol A. Licko, Sp. Asst. Attys. Gen., Miami, for appellant.
No appearance for appellee.
PER CURIAM.
The county judge granted Barron's motion to dismiss the information filed against him for misdemeanor stalking[1] on the ground it is unconstitutionally vague and overbroad. The state filed this appeal. We have jurisdiction.[2]
The trial court's decision is contrary to our opinion in Bouters v. State, 634 So.2d 246 (Fla. 5th DCA 1994). Accordingly, we reverse and remand for further proceedings.
REVERSED and REMANDED.
COBB, W. SHARP and THOMPSON, JJ., concur.
NOTES
[1] § 784.048(2), Fla. Stat. (Supp. 1992).
[2] § 26.012, Fla. Stat. (1993); Fla.R.App.P. 9.030(b)(1).